08/14/2026 Judge Kathryn F Evans

| | | |
|---|---|---|
| 10:00 26-60952-kfe12 | Kyle Gordon Wildfang - db | D BLAIR CLARK |
| | Christina Inez Wildfang -jtdb | D BLAIR CLARK |
| | Virginia Andrews Burdette -tr | |
| | US Trustee, Eugene -ust | GRIFFIN BUTLER |

**Matter: Show Cause Hearing**

Additional Appearances: Carla McClurg, Attorney for Oregon Employment Department and Oregon Lottery; Britta Warren, Attorney for Creditor NFS Capital LLC; Pete Jones, Accountant; R.C. Sisson, Accountant

Summary of Proceedings

The court noted the monthly operating report had been filed and therefore would treat this as a status conference.

The parties discussed their respective client's position on the status of the case and the pending motion to convert to chapter 11 filed by the debtors.

Order to be prepared by: _____ Clerk's Office _____ Chambers Other:

Minute Order: